UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARK J. BOUCHER, et al.,<br><br>  Defendants. | Case No. 20cv1650-DMS (MSB)<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF DISCOVERY DATES**<br><br>**[ECF NO. 26]** |

On April 26, 2021, the parties filed a "Joint Stipulation for Extension of Discovery Dates," which the Court construes as a joint motion to enter their stipulation. (See ECF No. 26.) In the joint motion, they explain that the parties are unable to complete fact discovery by May 13, 2021 due to two primary factors: (1) "federal law enforcement officials executed a search warrant on Defendant Boucher's office and seized his computer, cell phone, and documents," which remain in federal possession, and (2) Defendants' counsel is experiencing vision problems following a bicycle accident that interfere with his ability to review

documents. (Id. at 3.) Specifically, Defendants has not been able to respond to written discovery needed for Plaintiff to depose Defendant Boucher as currently scheduled on May 4, 2021. (Id.) The parties consequently agree and request that the Court continue the fact discovery deadline from May 13, 2021, to September 6, 2021 (to coincide with the expert discovery deadline). (Id.; see also ECF No. 13 at 2-3.)

Based on the forgoing, the Court finds good cause and **GRANTS** the joint motion. The fact discovery deadline is **CONTINUED** to **September 6, 2021**. All other requirements and deadlines set forth in the December 17, 2020 Scheduling Order Regulating Discovery and Other Pretrial Proceedings, (ECF No. 13), remain unchanged by this order.

**IT IS SO ORDERED.**

Dated: April 26, 2021

Honorable Michael S. Berg
United States Magistrate Judge