DANIEL J. MAHER
Email: MaherD@sec.gov
(Massachusetts Bar Number 654711)
JAMES E. SMITH
Email: smithja@sec.gov
(District of Columbia Bar Number (482985)
TIMOTHY N. ENGLAND
Email:  englandt@sec.gov
(California Bar Number 140322)
STEPHEN T. KAISER
Email: kaisers@sec.gov
(New York Bar Number 4253043)
MATTHEW B. REISIG
Email: reisigm@sec.gov
(New York Bar Number 4898094)
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549
Telephone:  (202) 551-4737 (Maher)

Attorneys for Plaintiff
Securities and Exchange Commission

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK J. BOUCHER and STRATEGIC WEALTH ADVISOR GROUP SERVICES INC,,<br><br>Defendants. | Case No. 3:20-cv-01650-DMS-MSB<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR FINAL JUDGMENT AGAINST ALL DEFENDANTS**<br><br>Date: June 3, 2022<br>Time: 1:30 PM<br>Ctrm: 13A<br>Judge: Hon. Dana M. Sabraw |

1   **TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

2      **PLEASE TAKE NOTICE:**  On June 3, 2022 at 1:30 p.m., or as soon

3   thereafter as may be heard, in the United States District Court for the Southern

4   District of California, Courtroom 13A, located at 221 West Broadway, San Diego,

5   CA 92101, Plaintiff Securities and Exchange Commission ("SEC") will, and hereby

6   does, move this Court for an order of final judgment.

7      This motion is based upon this Notice of Motion; the attached Memorandum of

8   Points and Authorities; supporting declarations and exhibits; the Court's records and

9   files in this action, including its order granting summary judgment for the SEC on

10  Defendant's liability; and such further argument as may be presented to or at the time

11  of the hearing on this motion.

12      Dated: April 27, 2022            Respectfully submitted,

13

14                                      */s/ Daniel J. Maher* _____

15                                      DANIEL J. MAHER
                                        Attorney for Plaintiff
16                                      Securities and Exchange Commission

17

18

19

20

21

22

23

24

25

26

27

28