**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff/Garnishor,<br><br>vs.<br><br>MARK J. BOUCHER; STRATEGIC WEALTH ADVISOR GROUP SERVICES, INC.,<br><br>        Defendant,<br>    and<br><br>THE VANGUARD GROUP, and its successors or assigns,<br><br>        Garnishee. | Case No. 3:20-cv-01650-DMS-MSB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUEST FOR DOCUMENTS TO BE MAILED**<br><br>**[ECF No. 106]** |

Before the Court is Defendant Mark Boucher's notice of change of address and request to be mailed several documents. (*See* ECF No. 106.) Specifically, Defendant requests the Clerk to mail the Government's opposition to Defendant's omnibus motion, filed October 15, 2025, (ECF No. 100); his reply in support of his omnibus motion, filed November 20, 2025, (ECF No. 101); the Court's March 11, 2026 Order granting Defendant's request for hearing and denying request for appointed counsel, (ECF No. 103); and the Court's March 24, 2026 Order following the hearing, (ECF No. 105). (*See*

ECF No. 106.)  The Clerk updated Defendant's address as provided.  The Court **GRANTS** Defendant's request to be mailed the Orders dated March 11, 2026 and March 24, 2026.  The Clerk has mailed these Orders.  However, the Court finds it unnecessary to mail Defendant his reply.  He drafted this filing and should therefore have a copy.  The Court also finds it unnecessary to mail the Government's opposition.  Defendant claims he never received this document; yet,  his reply makes specific reference to the Government's opposition and substantively responds to the Government's arguments.   Therefore, Defendant received the Government's opposition at some point.  To the extent Defendant no longer has these documents, he must access them via the Public Access to Court Electronic Records (PACER) system.  Defendant's request to be mailed the Government's opposition and his reply is **DENIED**.

   **IT IS SO ORDERED.**

Dated:  April 16, 2026

_____

Hon. Dana M. Sabraw
United States District Judge

20-cv-01650-DMS-MSB